Case 4:20-cv-04185   Document 8   Filed on 04/07/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 08, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERIK GARCIA, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-4185 |
| VNAN CORPORATION, | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached (*see* Doc. No. 7). The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within thirty days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next thirty days.

SIGNED at Houston, Texas, this ___7th___ day of April 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE